# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRYAN ANTHONY REO )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN LINDSTEDT )<br>)<br>Defendant. )<br>) | Case No.<br>(Lake County Court of Common Pleas No. 19CV001530)<br><br>NOTICE OF REMOVAL |

## NOTICE OF REMOVAL TO FEDERAL COURT

**PLEASE TAKE NOTICE** that Defendant Pastor Martin Lindstedt (hereinafter "Defendant" or "Pastor Lindstedt"), filed on November _____ 2019, in the United States federal court for the Northern District of Ohio its Notice of Removal for the above-captioned case. For the above-captioned case. hereby remove to this Court the above-styled action from the Court of Common Pleas of Lake County, Ohio.

Hail Victory !!!

*Martin Lindstedt Pastor CJCC/ANP*

Pastor Martin Lindstedt, Defendant
The Church of Jesus Christ Christian / Aryan Nations of Missouri
338 Rabbit Track Road, Granby Missouri 64844  (Tel #) 417-472-6901
(pastorlindstedt@gmail.com)

Exhibit C – To be sent to Lake County Court & Plaintiff once Notice of Removal is docketed.