# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

CIVIL CASE NO.

vs.

JUDGE

## PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☒ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☒ OTHER (Please Specify) _Third-Party Counter-Defendants Anthony D. Reo, Stefani Rossi Reo, Attorney Kyle Bristow, Attorney Brett Klimkowski, Judge Patrick Condon, Lake County Court of Common Pleas, State of Ohio, U.S. Government._

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 10 March 2020        By: Pastor Martin Lindstedt

Attorney for