# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:19-cv-02589-CAB |
| Plaintiff, | Hon. Christopher A. Boyko |
| v. | Mag. Thomas M. Parker |
| **MARTIN LINDSTEDT.,** | |
| Defendant. | |

### PLAINTIFF BRYAN ANTHONY REO'S MOTION FOR STATUS CONFERENCE FOR FINAL RESOLUTION OF CASE OR FOR RULINGS ON OUTSTANDING MOTIONS

NOW COMES Bryan Anthony Reo ("Plaintiff"), *Pro Se*, and hereby propounds upon Martin Lindstedt ("Defendant") and this Honorable Court Plaintiff Bryan Anthony Reo's Motion for Status Conference for Final Resolution of Case or for Rulings on Outstanding Motions.

1. On or about September 18, 2019, Plaintiff filed against Defendant Plaintiff's Complaint, which included Count I (Defamation), Count II (Invasion of Privacy – False Light), Count III (Intentional Infliction of Emotional Distress), among other causes of action.

2. On March 29, 2021, this Court adopted the Magistrate's Alternative Recommendation and granted Plaintiff's motion for summary judgment. (ECF No. 92).

3. Most pertinently this Court awarded $250,000.00 in compensatory damages and $500,000.00 in punitive damages to Plaintiff.

4. Plaintiff, in his partial objections to the Magistrate's Recommendations, consented to the dismissal of Count III of Plaintiff's Complaint. (ECF No. 79).

1

5. Plaintiff has also formally filed a motion to dismiss Count III and Count IV of Plaintiff's Complaint. (ECF No. 87).

6. There is a pending Report and Recommendation dated December 3, 2020 wherein the Magistrate recommends dismissing Defendant Lindstedt's "Counter-claim" against Plaintiff. (ECF No. 80).

7. Plaintiff has also filed a proposed judgment entry (ECF No. 96) which memorializes the opinion and order of March 29, 2021.

8. Plaintiff therefore respectfully notes that if the Court enters judgment to memorialize its opinion and order of March 29, 2021, and dismisses Count III and Count IV of Plaintiff's Complaint [as Plaintiff has requested], and dismisses Defendant's "Counter-Claims" then the instant action would be fully resolved as nothing else would remain in controversy and there would be nothing left to adjudicate.

9. Once those matters are resolved, the entire case will be permanently resolved.

10. Plaintiff is appreciative of the judicial resources already expended on this case and understands the difficulty with which this case has proceeded based on the difficulties caused by Defendant and having to deal with Defendant. Plaintiff respects the Court and the Court's time and only wishes to see these matters resolved expeditiously so that all those involved and concerned may move forward.

11. Furthermore, there is a pending case in South Dakota, 58Civ20-07 in the Circuit Court of South Dakota for the Sixth Judicial Circuit, involving Plaintiff [as a judgment creditor] and defendant Martin Lindstedt, the resolution of which will be influenced by the speed and time of the resolution of this instant action. The court in South Dakota has announced that they are waiting

for the final resolution of all pending Reo-Lindstedt matters in Ohio before proceeding to final resolution on the action to set aside fraudulent conveyance of real property in South Dakota.

12. Finally, Defendant Martin Lindstedt has sued Plaintiff in United States District Court for the Western District of Missouri [21-5029-CV-SW] on claims [of conspiracy] that are essentially identical to the counter-claims and third-party complaint claims he has pleaded against Bryan Anthony Reo in the various Reo cases involving Lindstedt. The final resolution of the Reo-Lindstedt matters in the Northern District of Ohio will allow Bryan Anthony Reo to obtain dismissal in the District of Western Missouri via Res Judicata and will conserve judicial resources in Missouri.

13. It is the hope of Plaintiff that the final resolution of the instant action, along with the other Reo-Lindstedt cases that are also [ideally] close to final resolution, will close the chapter on the Reo-Lindstedt matters in the Northern District of Ohio, allow for prompt resolution of the case filed by Mr. Lindstedt in Missouri, and provide the court in South Dakota a path to finally resolve a case which has now been pending in South Dakota for approximately 18 months. It is the intention, hope, and goal of Plaintiff to be forever done with litigation involving Mr. Lindstedt. The final resolution of this case with the rendering of formal judgment for Plaintiff will greatly further that goal.

WHEREFORE, Plaintiff prays that this Honorable Court will dismiss without prejudice Count III (Intentional Infliction of Emotional Distress) and Count IV (Permanent Injunction) of his Complaint and proceed to formally render judgment for Plaintiff. Alternatively, Plaintiff would prayerfully request a status conference to establish a timetable and procedure for the final resolution of this case as to the procedure for judgment being rendered and disposition of outstanding claims.

        Respectfully submitted,

        **REO LAW, LLC**

        /s/ Bryan A. Reo
        Bryan A. Reo, Esq.
        P.O. Box 5100
        Mentor, OH 44061
        (Business): (216) 505-0811
        (Mobile): (440) 313-5893
        (Email): reo@reolaw.org
        Ohio Law License - #0097470
        *Attorney and Plaintiff Pro Se*

Dated: June 23, 2021

## **CERTIFICATE OF SERVICE**

I, Bryan A. Reo, affirm that I am the Plaintiff in the above-captioned civil action, and on June 23, 2021, I electronically filed this document with the Clerk of the Court by using the Court's Electronic Filing System, which should send notification of said filing to all attorneys of record who are registered to receive such electronic service for the instant civil action.

I further certify that a true and genuine copy of the filing has been dispatched by United States regular mail, postage prepaid to the Defendant at:

Martin Lindstedt
338 Rabbit Track Road
Granby, Missouri 64844

                        /s/ Bryan A. Reo
                        Bryan A. Reo, Esq.
                        P.O. Box 5100
                        Mentor, OH 44061
                        (Business): (216) 505-0811
                        (Mobile): (440) 313-5893
                        (Email): reo@reolaw.org
                        Ohio Law License - #0097470
                        *Attorney and Plaintiff Pro Se*

Dated: June 23, 2021