UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY REO, STEFFANI ROSSI REO, ANTHONY DOMENIC REO, ATTORNEY KYLE BRISTOW, BRETT KLIMKOWSKY, JUDGE PATRICK CONDON, LAKE COUNTY OHIO COURT OF COMMON PLEAS, STATE OF OHIO, U.S. FEDERAL GOVERNMENT,<br>    Plaintiff(s) / Counter-Defendants,<br>v.<br><br>MARTIN LINDSTEDT, PASTOR , THE CHURCH OF JESUS CHRIST CHRISTIAN / ARYAN NATIONS OF MISSOURI,<br>    Defendant(s) / Counter-Claimants. | Case No. 1:19-CV-02589-CAB<br><br>Senior Judge Christopher A. Boyko<br><br>Mag. Judge Thomas Parker<br><br>Response to Kyle Bristow's Answer (Doc 113) Claiming that as a Fellow Officer of This Court and "Executive Director" of "The Foundation For the MarketPlace of Ideas" Thus Working Along with Bryan Reo to Destroy Pastor Lindstedt and His Aryan Nations Church As An Agent Provacateurs |

### DEFENDANTS' RESPONSE TO THIRD-PARTY DEFENDANT AGENT-PROVACATEUR ATTORNEY KYLE BRISTOW'S RESPONSE (Doc. 113) CLAIMING AS A FELLOW OFFICER OF THE COURT & "EXECUTIVE DIRECTOR OF THE FOUNDATION FOR THE MARKETPLACE OF IDEAS" AS NGO "LAWFARE" ORGANIZATION TO COMBAT WHITE SUPREMACY AND ARYAN NATIONS AS STATE-SPONSORED COUNTER-TERRORIST ORGANIZATION

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Aryan Nations Church) to Respond to Admitted Officer of this Court and "Executive Director" of the Foundation for the Market-Place of Ideas (henceforth FMI) (See **Doc. 97-1, Doc 26-1,** 2017 IRS 501(c)(3) Tax Form showing the Board of Directors are Bryan Reo, Brett Klimkowsky and Kyle Bristow and how they organized Charlottesville 1.0 in August 2017 along with Richard Spencer and Mike Enoch and others) Attorney Kyle Bristow and his idiotic "Answer" to Pastor Lindstedt's Objections, Doc 113.

1

Attorney Kyle Bristow makes the claim that to "protect" both himself, his fellow agents provocateur / ZOGbots, the State of Ohio (whose corrupt courts are the source of 20-some Bryan Reo "lawfare" cases against Pastor Lindstedt and Lindstedt's Aryan Nations Church and Lindstedt's family from 900 miles away in a different state and where white supremacy is the norm) and this corrupt federal court which has effectively done away with the First Amendment, the Seventh Amendment right to jury trial in civil cases under the common-law, and the Eighth Amendment of no excessive fines (now totaling $2.75 million in four lawsuits against Pastor Lindstedt's property to be given to Bryan Reo, Reo's wife, and alleged father) by imposing a $2,500 fine for Pastor Lindstedt being an extremely unruly defendant in his filing responses which admittedly don't even pretend to play by ZOG court rules. In short, Attorney Kyle Bristow asks to do away with even the pretense that this federal court is anything but a corrupt tribunal trying to "hold on" for the Satanic criminal Mighty Evil Empire on the verge of Collapse

Ever since Feb 9, 2016 (See Doc 112-1 Email exchange between Bristow and Lindstedt - :"Bryan Reo is My Law Clerk") Pastor Lindstedt has known Attorney Kyle Bristow is the subordinate element for Bryan Reo to organize yet another ZOG false-flag organization (FMI) such as the "Proud Boys" and "Oath Keepers" and "III-Percent Militia" which is yet another FBI/CIA/NSA attempt designed to unearth domestic white people unrest and under color of holding a political rally criminalize them into prison or civilly "lawfare" them into poverty. Note Attorney Bristow doesn't even bother to deny Pastor Lindstedt's documented assertions against Attorney Kyle Bristow and Bryan Reo working together as ZOGbots with unnatural affections but rather how this Court is tied into the activities of their own agents provocateur who happen to be officers of this Court. In short, both Bryan Reo and Kyle Bristow both literally and figuratively going ass-to-mouth are asking for this Court to prohibit Pastor Lindstedt from

responding as he sees fit to litigation not initiated by himself or his Church because Pastor Lindstedt on his Aryan Nations web pages have been warning the unwary ZOGling whiggers to steer clear of homosexual and mongrel ZOGbots and their organizations (fellow board members of FMI or the ZOGbot Poverty [F]Law Center (ZPLC). Pastor Lindstedt doesn't have $2,500 to pay for filing a "prohibited" Motion devoid of any mention of the bottomless contempt he has for these Ohio state and federal courts which are absolutely corrupt. Both Bryan Reo and Kyle Bristow are the sort of lawyers who file frivolous litigation and then file Motions to Strike and to Hold in Contempt and for Pre-Trial Interest and Summary Judgment. As ZOGbot lawyers skilled in civil-litigation "lawfare" and certainly against Pastor Lindstedt and Lindstedt's Aryan Nations Church they are persistent, and given that both theysselfs and this Court work for the same Satanic regime are successful, even wildly so, sometimes.

  However the down side is that just like the State of Ohio claiming that they have immunity from being sued because they allow an Officer of their Court (Bryan Reo) to endlessly sue Pastor Lindstedt and Lindstedt's Aryan Nations Church before their Lake County Courts and run a corrupt trial before a corrupt Judge Patrick Condon and biased jury of one African female and 7 gliberal whiggers without any lawful and legitimate jurisdiction then Pastor Lindstedt chooses to apply Biblical precedent of what happened to Sodom and Gomorrah in reaction to kidnapping, robbing and murdering strangers travelling on the caravan route a half-days journey away in since 13 June 2016 (Doc. 98-1) by pointing out that the North Perry Nuclear Power Plant needs to be chernobylized either by random madman or preferably by White Supremacist Confederated Warlord action pending the breakup of the Mighty Evil Empire in order to eliminate and sterilize the North East Ohio population and render impossible any further Mighty Evil Federal Empire ever being able to arise from the ashes after the Collapse. Thus by

quantrillizing and chernobyling Northeastern Ohio and turning it into an irradiated wasteland then the future of having local white supremacist military dictatorships run according to Dual-Seedline Christian Identity religious views where not a single non-white idea or person or government is allowed to exist becomes the secure future. In short a set of interlocking Klans run by Aryan Nations principles who are authoritarian warlords over polities less than a county in size, i.e. The Ten Thousand Warlords Program. Thus this Court by letting its especially crazed legal mutant ZOGbots such Bryan Reo and Kyle Bristow do away with the myth of rule of law has ensured that the Collapse will be followed by genocide and the establishment of warlordism.

### Concerning Attorney Bristow's Legalistic "Answers"

Attorney Bristow states the previous history of the case – at least as it affects himself. Attorney Bristow claims – although admitting to being an Officer of this Court – that by denying the obvious – that both himself and Bryan Reo have been working in tandem, along with Attorney Brett Klimkowsky, against Pastor Lindstedt and Lindstedt's Aryan Nations Church since at least Feb. 9, 2016 while pretending to be "white supremacist" lawfare agent provocateurs. In short, just like the heads of the "Proud Boys" and "Oath Keepers" who as agents provocateur incited the Capital Hill Trump-tard rioters to go into the Capital Building and take pictures of themselves and are not being prosecuted while hundreds of dupes are jailed and tortured, so too are Bryan Reo and Kyle Bristow "lawfaring" Pastor Lindstedt out of his inheritance for merely reporting on Bryan Reo antics due to Bryan Reo lawfare. In short, Attorney Kyle Bristow is a state-sponsored domestic counter-terrorist who is plaintively whining that it shouldn't be subject to counter-lawfare because Pastor Lindstedt likes to counter-sue. Obviously as a state-sponsored domestic counter-terrorist working against the interests of the actual "white nationalists" Bristow claims to [mis]represent, Bristow claims that as an agent

4

provocateur it should be immune from the very Satanic mouth-of-hell that it feeds both fools and Revolutionary Resistance enemy combatants such as Pastor Lindstedt and Lindstedt's Church. This conceit by Bristow as well as Reo & Klimkowsky, etc. will work as well as it did for the Okrana Tsarist Secret Police and their regime and its courts. They and their families were tortured into confessions if desired and then if not summarily [t]executed then sent to a death labor camp. Or like their fellow jews and homosexuals also put in camps by the New Order. When this Mighty Evil Empire collapses then there won't be any use for lawyers in general & ZOGbots in particular. The successor state will be local warlords over a reduced white population in which everything associated with the current regime is discredited and destroyed.

Attorney Bristow points out the following, none of which Pastor Lindstedt denies:

The Court can and should take judicial notice of its record which is replete with vile, violent, vulgar, and despicable statements made by Lindstedt about Bristow, other parties—most of whom have been dismissed after filing successful Fed. R. Civ. P. 12(b) motions—, and the Court. The Court's attention is also directed to *Anthony Domenic Reo v. Martin Lindstedt*, Case **No. 1:19-cv-02615-JRA, ECF No. 49, PageID. 641-642** (May 26, 2021), which is an Order issued by Judge John Adams which struck from the record—and ordered the Court Clerk to seal—two of Lindstedt's recent filings for that case in which Lindstedt used wildly offensive language (i.e., "Ol' Niggerlips,'" "whiggers," "faggots") before slurring Judge Solomon as a "negro-jew" and Hon. John R. Adams as a "hibernigger" who is a "black-robed baal-priest"— and inviting said judge to Case: 1:19-cv-02589-CAB Doc #: 113 Filed: 06/14/21 3 of 7. PageID #: 1168 4 "lick Pastor Lindstedt's asshole and butt-crack entirely free of dried shit tangled in His [sic] asshole hairs."). Bristow Doc 113, pgID 1168-1169.

In the case of *Anthony Domenic Reo v. Martin Lindstedt* 19-cv-02615 the most idiotic judge on this federal judicial district John R. Adams, decided to give Bryan Reo's father – who at court proceedings was mistook for one of Bryan Reo's homosexual mongrel lovers because Lindstedt overheard Reo telling his father not to appear for the Lake County trial and never referred to by name -- $500,000 for what never ever was published other than in Bryan Reo allegations and like these other three cases was disallowed Amendment 7 trial by jury for at least

5

damages. Adams also demanded Pastor Lindstedt show why he shouldn't be held in contempt. Pastor Lindstedt filed a motion admitting that he had nothing but contempt for the federal and state courts in general and John R. Adams as the worst of the sorry lot in particular. Upon reflection since unlike Bryan Reo and Kyle Bristow John R. Adams showed no sign of homosexual perversion or inclination but rather was simply nuts (and being illegally locked up for 31 months in a State psychiatric prison for refusal to accept the [mis]representation by a pub[l]ic pretender Pastor Lindstedt has seen up close and personal an awful lot of nuts, some of them inmates, Pastor Lindstedt knows his nuts) Pastor Lindstedt issued an "Apology" about the homosexual part to where Judge John Adams could lick Pastor Lindstedt's butthole & crack but re-iterating that Pastor Lindstedt still had plenty of contempt for Adams being an awful judge. *Anthony Domenic Reo v. Martin Lindstedt*, Case **No. 1:19-cv-02615-JRA, ECF No. 48,** also struck.

And then the money shot by Kyle Bristow, Doc. 113, pgID 1169:

Enough is enough. Bristow is an officer of the court, and Judge Solomon, Judge Adams, and Judge Boyko are Article III judges—appointed by the president of the United States of America and confirmed by the United States Senate. The Court must act to protect Bristow, the dignity of the Court, and the honor of the legal system from the likes of Lindstedt. How many more hours of judicial resources must be wasted because Lindstedt has a penchant for filing unhinged and offensive ramblings which should directly and proximately result only in him being ordered to show cause as to why he should not be held in criminal contempt of court and jailed? Lindstedt will just keep filing motion for reconsiderations and objections into perpetuity— unless the Court decisively acts to defend itself and the innocent third-parties to the instant civil action.

Absolutely correct for once. Attorney Kyle Bristow is both agent provocateur and an Officer of this Court. So is Bryan Reo. Their antics in reaction to Pastor Lindstedt calling them out for their actions designed to entrap fools has lead to past and these present court cases in which they are not only public figures but agents provocateur suing before these corrupt federal

6

courts upon removal of these cases from Lake County Ohio for $2.75 million and counting and for getting to jail Pastor Lindstedt and muzzle Pastor Lindstedt's Aryan Nations Church for "defamation." As an Officer of this Court, Attorney Kyle Bristow likewise claims that this Court has no "personal or subject matter" jurisdiction over himself due to the way Bristow uses legalistic talmudisms of previous case law in which other legal talmudisms were successful.

Why *"The Court must act to protect Bristow, the dignity of the Court, and the honor of the legal system from the likes of Lindstedt."* Bristow is an officer of this Court and an agent provocateur who simply isn't safe in its job of encouraging other fools to think that this legal system has honor. Insofar as protecting the dignity of the Court, that is best accomplished by simply dismissing these Reo cases, disbarring Bryan Reo and Kyle Bristow, and if this Court simply must jail Pastor Lindstedt for "Coontempt" then how about a nice private cell in a no-doping, no Fulton Fight-Club, three-hots-&-a-cot, fully stocked law library and have Judge John R. Adams as a cell-mate because while Adams is nuttier than Pastor Lindstedt he doesn't seem to be violent. Insofar as the *"honor of the legal system"* is cooncerned, that rat-infested ship has already long since sailed – and sunk. Nobody except its "oreficers" has any delusions as to the honor of the state and federal ZOG korts. Most people if they is smart avoids the "legal system."

*"How many more hours of judicial resources must be wasted because Lindstedt has a penchant for filing unhinged and offensive ramblings which should directly and proximately result only in him being ordered to show cause as to why he should not be held in criminal contempt of court and jailed?"* Pastor Lindstedt wants to file motions based upon Biblical Law as opposed to Satanic Talmudic ZOGs "law" which Bryan Reo and Kyle Bristow as agents provocateur and officers of the court find "unhinged" and "offensive." Nowhere in the CONstipation or Bill of Goods is anything mentioned about *how* Pastor Lindstedt or the Aryan

7

Nations must respond to this never-ending frivolous litigation by Bryan Reo and Reo antifa "lawfare" lawyers. No demand that this legal system be honored. There was some sort of lying foolishness mentioned about Freedumb of Speech, of the Press and Religion as well about having a "right to a jury trial" and "no excessive fines" which this federal Court has ignored.

There need be no further *"hours of judicial resources"* wasted if this federal court were to decide that it lacks jurisdiction for agent provocateur officers of this court like Bryan Reo and Kyle Bristow to sue genuine white supremacists and their Aryan Nations churches for making fun of them 900 miles away over the Internet and to simply dismiss these cases and disbar and jail Bryan Reo and Kyle Bristow. Insofar as being ordered to show cause as to why Pastor Lindstedt shouldn't be held in criminal contempt, Pastor Lindstedt admittedly has nothing but contempt for this federal court, the state of Ohio and South Dakota and Missouri courts. Will jailing Pastor Lindstedt until he feigns a respect that is wholly absent accomplish anything even for the sake of tyranny? Rather won't it make the backlash via revolt all the more severe?

Pastor Lindstedt of course files not only against agent provocateur Bryan Reo but other "not-so-innocent" parties such as Reo's fellow officers of the court like Kyle Bristow, Brett Klimkowsky, Reo fellow ZOGbots, the State of Ohio, the Lake County Courts which allow Reo as a ZOGbot to file 20-some lawsuits against Lindstedt, the crooked Judge Patrick Condon, and the corrupt Satanic united States federal government. Pastor Lindstedt might as well get something out of the deal. Everyone asks why Pastor Lindstedt doesn't simply give up and let Bryan Reo win by default. Pastor Lindstedt as a Servant of YHWH and YHWH's Servant Nation simply cannot "bow his knee to Baal." If losing his inheritance of $2.75 million and counting and being jailed means that Pastor Lindstedt has an exterminatory claim against NorthEastern Ohio by chernobyling the North Perry Nuclear Power Plant in order to ensure that the Ten Thousand

8

Warlords system of government is the default government to come in which there won't be over 60 million or less only whites ruled by local theocratic warlords and that there are no more lawyers allowed as a parasitic class, or that the entire Missouri River system be flooded when these massive hydroelectric dams be destroyed unless the People rise up and destroy the legal system then so be it. If enduring ZOG tyranny means a reward of seeing the last federal or state judge or lawyer being strangled in the intestines of his family members like with Theodoric the Great did or skinned out like Cambysis II son of Cyrus did to a crooked judge, or of the piglice being forced to draw black and white rocks to be clubbed to death along with their families then so be it. Sooner or later these federal judges need to be burnt alive upon a stack of their own corrupt decisions and lawbooks and the misnomered "common law" system which is nothing but lawyers and judges making it up as they go along replaced by a civil law system in which there are no lawyers. And nothing more than local courts run by the ruling warlord responsible to his subjects. Pastor Lindstedt thinks that this is inevitable given that these federal and state courts have no legitimacy and need to be and soon will be overthrown and destroyed. These Bryan Reo lawsuits justify using this Second Civil War exterminating this regime's officers and supporters, the non-white population and setting up thousands of warlord successor states thus destroying and overthrowing the current criminal regime, in short Pastor Lindstedt's racial, religious and political goals.

  Pastor Lindstedt doesn't have any money left to post a "censorship bond" of $25, much less $2,500 desired by Attorney ZOGbot Kyle Bristow. Pastor Lindstedt can barely afford to look up filings on PACER every couple of weeks. Pastor Lindstedt has fallen behind in responding now that emergency-filing e-mail option is over and cannot afford certified mail

except in an emergency. Responding to Attorney ZOGbot Kyle Bristow hardly warrants anything other than regular postage or e-mail.

WHEREFORE, far from charging Pastor Lindstedt a $2500 filing fee for responding as he sees fit in response to Bryan Reo incessant civil-war "lawfare" litigation or in striking Pastor Lindstedt's responses, this Court should simply figure out that these Bryan Reo cases in which Bryan Reo refused to file genuine F.R.Civ.P. Rule 26(a)(1)(A)(iii) computation of damages to show actual damages (if any since Bryan Reo could have avoided any further reportage of its antics as a ZOGbot if Reo had left the Movement as agreed 1-4 Nov. 2010), and upon Pastor Lindstedt denying in his Initial Answer and Counterclaims, Amended Answer & Counterclaims and in his Consolidated "Answer/Admissions" in Nov. 2020 that Bryan Reo or Reo's wife or Reo's father has any damages or legitimate claims whatsoever to undo its Summary Judgments violative of the Seventh Amendment right to a jury trial, and Eighth Amendment Right to "no excessive fines/judgments" or better yet, to simply understand that this court has no jurisdiction to even hear these Bryan Reo cases in the first place and return them to Lake County Ohio or dismiss them all together.

The New 16 Words of The Church of Jesus Christ Christian / Aryan Nations of Missouri: *We must chernobylize the North Perry Nuclear Power Plant and exterminate and sterilize North East Ohio.*

Hail Victory!!!

*[signature]* Pastor CJCC/ANP

/s/. Pastor Martin Lindstedt
Defendant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road
Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com, *Pro se Defendant*

# Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that a true and genuine copy of the foregoing Motion in Opposition was ~~e-mailed to emergencyfiling@ohnd.uscourts.gov~~ mailed via First Class US Mail on 6 July 2021 to this U.S. District Court at Clerk, U.S. District Court, Carl B. Stokes U.S Courthouse, 801 West Superior Avenue, Cleveland Ohio 44113-1830.

The following were duly e-mailed as Pastor Lindstedt and Lindstedt's Church is short of funds:

Ohio Assistant Attorneys General – Constitutional Offices Section
Michael Walton (00922010) Michael.walton@ohioAGO.gov
Iris Jin Iris.Jin@ohioAGO.gov
30 East Broad Street, 16th Floor
Columbus, Ohio 43215

Plaintiff Bryan Reo, Anthony Domenic Reo and Stefani Rossi Reo living at 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061 via reo@reolaw.org.

Attorney Kyle Bristow of the FMI/ZPLC P.O. Box 46209. Mt. Clemens, Michigan 48046 BristowLaw@gmail.com Bristow as a party shall be mailed a copy of this filing as well.

A copy of the foregoing was e-mailed to Attorneys Lisa Zaring (Lzaring@mojolaw.com) and Lindsey Upton (Lupton@mojolaw.com) for Judge Condon and the Lake County Courts upon scanning in as there is an agreement to save postage so using e-mail to do so.

A copy of the foregoing was e-mailed to Attorney Brett Klimkowsky (Brett1066@gmail.com) of the FMI/ZPLC White Supremacist lawfare group presently in hiding and evading service.

11