UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **BRYAN ANTHONY REO,** | ) | CASE NO. 1:19CV2589 |
| | ) | |
| | ) | **SENIOR JUDGE** |
| **Plaintiff,** | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| v. | ) | **SUPPLEMENTAL JUDGMENT** |
| | ) | |
| **MARTIN LINDSTEDT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has filed its Opinions and Orders on all pending motions, granting summary judgment in favor of Plaintiff Bryan Anthony Reo and against Defendant Martin Lindstedt on the Complaint and Counterclaims and entering judgment in favor of Plaintiff in the amount of $250,000.00 compensatory damages and $500,000.00 punitive damages as to Count I (Defamation) and Count II (Invasion of Privacy/False Light) in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    **IT IS SO ORDERED.**

                                         s/Christopher A. Boyko
                                        **HONORABLE CHRISTOPHER A. BOYKO**
                                        **SENIOR U. S. DISTRICT JUDGE**